IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAMON TUGGLE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>E. NORIEGA,<br><br>　　　Defendant.<br>_____/ | 1:13-cv-00506-LJO-GSA (PC)<br><br>ORDER DENYING<br>MOTION AS MOOT<br><br>( Motion #6) |

　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

　　　On April 22, 2013, plaintiff filed a motion to proceed in forma pauperis. Due to the fact that this case was dismissed and closed on April 11, 2013, IT IS HEREBY ORDERED that plaintiff's motion of April 22, 2013, is DENIED AS MOOT.

　　　IT IS SO ORDERED.

　　　Dated:   **April 25, 2013**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE